**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| TRINITY GUARDION, INC. | ) | Hon. Andrea K. McCord |
| | ) | |
| Debtor. | ) | CASE NO. 22-90227-AKM-11 |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of April, 2022, a copy of the Order granting admission of Steven F. Pflaum *pro hac vice* [Docket No. 45] was served electronically upon the registered users of the Court's electronic filing system as of that date.

Dated:  April 11, 2022

Respectfully Submitted,

*/s/   Steven F. Pflaum*

Steven F. Pflaum (ARDC #6186028)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite #1700
Chicago, Illinois  60602
(312) 269-8000
spflaum@nge.com

33558221.1