UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| IN RE:<br><br>TRINITY GUARDION, INC.,<br><br>Debtor. | Case No. 22-90227-AKM-11<br><br>CHAPTER 11 |
|---|---|

### NOTICE OF APPEARANCE

Brian R. Pollock of the law firm of Stites & Harbison PLLC, pursuant to Federal Rule of Bankruptcy Procedure 9010 and Local Rule B-9010-1, provides notice of his appearance in the above captioned case on behalf of Trinity Guardion Investments LLC and TGuardion Investments LLC and requests documents filed in this case be served upon him as follows:

> Brian R. Pollock (bpollock@stites.com)
> STITES & HARBISON PLLC
> 400 West Market Street, Suite 1800
> Louisville, KY  40202-3352
> Telephone:    (502) 587-3400
> Facsimile:     (502) 587-6391

The undersigned authorizes service by e-mail at the above address.

April 14, 2022 　　　　　　　　　　　　　　Respectfully submitted,

>　*/s/ Brian R. Pollock*
>　Brian R. Pollock (bpollock@stites.com)
>　STITES & HARBISON PLLC
>　400 West Market Street, Suite 1800
>　Louisville, KY  40202-3352
>　Telephone:　(502) 587-3400
>　Facsimile:　(502) 587-6391
>　*Counsel for Trinity Guardion Investments LLC*
>　*and TGuardion Investments LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. Notice of this filing will be sent through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

>　*/s/ Brian R. Pollock*
>　Brian R. Pollock