**SO ORDERED: April 20, 2022.**



**Andrea K. McCord**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TRINITY GUARDION, INC., ) | |
| Debtor ) | CASE NO. 22-90227-AKM-11V |
| ) | |
| ) | |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY
### AND TO LIQUIDATE CLAIM

THIS MATTER comes before the Court upon the Motion for Relief From Stay and to Liquidate Claim (the "Instant Motion") filed by Jean-Ann Downey, as Trustee for the Jean-Ann Downey Trust dated 8/15/90 (the "Movant"), to which Debtor and creditors Trinity Guardion Investments LLC and TGuardion Investments LLC have objected. The Movant seeks relief from the automatic stay solely for the purpose of obtaining a judgment in certain state court litigation pending in DuPage County, Illinois, Case No. 2016 L 000054 (the "State Court Litigation").

Based on statements of counsel and the entire record in this matter, the Court finds that judicial economy and a balancing of the interests of the parties favors

2

granting the Instant Motion. The Court notes in particular that the issues raised in the State Court Litigation will have to be resolved at or before confirmation of any reorganization plan of Debtor. The State Court Litigation involves a complicated fact dispute that has already been tried by the state court judge and only awaits that judge rendering a decision. Therefore, the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that the Instant Motion is GRANTED to the effect that the Movant may proceed to obtain a judgment in the State Court Litigation.

# # #