UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TRINITY GUARDION, INC., | ) | CASE NO.   22-90227-AKM-11 |
| | ) | |
| Debtor. | ) | |

**APPLICATION FOR FINAL DECREE**

Trinity Guardion, Inc. ("Trinity" or "Debtor"), debtor-in-possession herein, by counsel, for its Application for Final Decree hereby advises as follows:

1. Debtor filed the above-referenced bankruptcy proceeding pursuant to the provisions of Chapter 11 of Subchapter V of the Bankruptcy Code on March 23, 2022.

2. Trinity's *Amended Small Business Chapter 11 Plan* (the "Plan") was confirmed on January 20, 2023.

3. The terms and conditions of the Plan have been substantially consummated pursuant to the provisions of 11 U.S.C §1101(2).

4. The unsecured creditors will receive a distribution of approximately 19%, excluding any distribution to the Jean Ann Downey Trust Dated 8/15/90.

5. The Chapter 11 Plan calls for payments to various classes of creditors over a specified time period.   Trinity is current on its plan payments and there is no need for the Court's intervention.

6. Trinity has made arrangements to pay professional fees to its counsel pursuant to an *Order Authorizing Final Application for Allowance of Compensation and Reimbursement of Out-of-Pocket Expenses* [Doc. 138] entered February 14, 2023.

WHEREFORE, Trinity Guardion, Inc. requests that this court enter an order finding the Plan to be substantially consummated, issue a discharge (if applicable), closing this estate, and for any and all other relief just and proper in the premises.

HESTER BAKER KREBS LLC

By    */s/ David R. Krebs*
    David R. Krebs
    Hester Baker Krebs LLC
    One Indiana Square Street, Suite 1330
    Indianapolis, IN   46204
    (317) 833-3030; Fax: (317) 833-3031
    Email:   dkrebs@hbkfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Andrew May     amay@nge.com, ecfdocket@nge.com, cdennis@nge.com
- Alisa Micu    amicu@stites.com
- Dennis J Perrey    dennis.perrey@yahoo.com
- Steven Pflaum    spflaum@nge.com, ewilson@nge.com, ecfdocket@nge.com
- Brian Robert Pollock    bpollock@stites.com, stitesCOMPULAW@stites.com doregan@stites.com
- Damaris D Rosich-Schwartz    damaris.d.rosich-schwartz@usdoj.gov
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
- Thomas Wolford    twolford@nge.com, cdennis@nge.com, ecfdocket@nge.com

I further certify that on March 14, 2023, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

n/a

*/s/ David R. Krebs*
David R. Krebs

2