**SO ORDERED: March 31, 2023.**



**Andrea K. McCord**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana
### 121 W Spring St Rm 110
### New Albany, IN 47150

C002710 (rev 01/2013)

In re:

**Trinity Guardion, Inc.**,                                          Case No. **22–90227–AKM–11**
                  Debtor.

## FINAL DECREE

The estate of Trinity Guardion, Inc. has been fully administered, and any deposit required by the plan has been distributed.

**IT IS ORDERED** that the trustee is discharged from any duty as trustee in this case.

### ###